CO-386-online
10/03

# United States District Court
# For the District of Columbia

CENTRAL BUCKS SCHOOL DISTRICT, on behalf
of itself and all other similarly situated entities,

                 vs          Plaintiff

BANK OF AMERICA N.A.

                      Defendant

)
)
)
)
)
)
)
)
)
)

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Plaintiff _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Central Bucks School District _____ which have

any outstanding securities in the hands of the public:

  NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Michael D. Hausfeld signature_
Signature

DC Bar No. 153742 _____

BAR IDENTIFICATION NO.

Michael D. Hausfeld _____

Print Name

1100 New York Ave., NW, Ste. 500 West Tower

Address

Washington, DC 20005

City        State        Zip Code

(202) 408-4600

Phone Number