CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL BUCKS SCHOOL DISTRICT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 08-955(RJL) |
| ) | |
| TUBESOCKTEDD, ET AL. ) | Category   A |
| ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>June 18,2008</u> from <u>Judge James Robertson</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Leon</u> & Courtroom Deputy
      <u>Judge Robertson</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk