UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL BUCKS SCHOOL DISTRICT, on behalf of itself and all other similarly situated entities,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 1:08-cv-00955 (RJL) |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Bank of America, N.A.

Dated: June 27, 2008

/s/ Kevin R. Sullivan
Kevin R. Sullivan, Esq. (D.C. Bar No. 411718)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 626-2624
(202) 626-3737 (fax)
krsullivan@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance to be served via the Court's ECF system upon all counsel of record.

Dated: June 27, 2008

/s/ Kevin R. Sullivan
Kevin R. Sullivan, Esq.