UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL BUCKS SCHOOL DISTRICT, on behalf of itself and all other similarly situated entities,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant. | Civil Action No. 1:08-cv-00955 (RJL) |

**CERTIFICATE OF DISCLOSURE REQURIED BY LCvR 7.1 OF THE LOCAL RULES OF THE U.S. DISTRICT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for defendant, Bank of America, N.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Bank of America, N.A. which have any outstanding securities in the hands of the public:

Bank of America Corporation


Dated  June 27, 2008              /s/ Kevin R. Sullivan
                                  Kevin R. Sullivan (D.C. Bar No. 411718)
                                  King & Spalding LLP
                                  1700 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20006
                                  (202) 661-2624
                                  (202) 626-3737 (fax)
                                  krsullivan@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing Disclosure Statement via the Court's ECF system upon all counsel of record.

Dated June 27, 2008                                    /s/ Kevin R. Sullivan
                                                       Kevin R. Sullivan