IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTRAL BUCKS SCHOOL DISTRICT, on behalf of itself and all other similarly situated entities,

      Plaintiff,

v.

BANK OF AMERICA N.A.,

      Defendant.

08cv955 (RJL)

**JOINT STIPULATION AND ORDER EXTENDING PERIOD OF TIME FOR DEFENDANT, BANK OF AMERICA N.A., TO ANSWER OR OTHERWISE RESPOND**

WHEREAS the above-referenced action has been identified as a potential tag-along action to those matters transferred to the Southern District of New York by the June 16, 2008 Order of the United States Judicial Panel on Multidistrict Litigation in the *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950;

WHEREAS Defendant Bank of America, N.A. ("Bank of America") has sought the consent of Central Bucks School District ("Central Bucks") for an extension of time to file an answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Bank of America has sought no other extensions in the above-referenced action to date;

WHEREAS Central Bucks has consented to an extension of time for Bank of America to answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Central Bucks agrees that submission of this Stipulation should be without prejudice to Bank of America;

THE PARTIES HEREBY AGREE AND STIPULATE that Defendant Bank of America, N.A. is granted an extension of time to answer or otherwise respond to the Class Action Complaint in the above-referenced action until the 60th day after the Judicial Panel on Multidistrict Litigation has decided the centralization motion pending in the *In re Municipal Derivatives Antitrust Litigation* (MDL No. 1950) and Central Bucks has filed a consolidated amended complaint (or has announced by filed notice that it will not be filing a consolidated amended complaint).

IT IS SO STIPULATED:

| KING & SPALDING LLP | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
|---|---|
| By: /Kevin A. Sullivan/smk<br>Kevin Sullivan (DC Bar No. 411718)<br>Shannon M. Kasley (DC Bar No. 468766)<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 626-2624<br>(202) 626-3737 | By: /Michael D. Hausfeld/<br>Michael D. Hausfeld (DC Bar No. 153742)<br>Richard A. Koffman (DC Bar No. 461145)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>(202) 408-4600<br>(202) 408-4699 |
| Counsel for Defendant<br>Bank of America N.A. | Counsel for Plaintiff<br>Central Bucks School District |
| Dated: Washington, D.C.<br>June 26, 2008 | Dated: Washington, D.C.<br>June 26, 2008 |

IT IS SO ORDERED this ___ day of _____, 2008.

_____
Hon. Richard J. Leon, U.S.D.J.